1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW LEMKE, D.C. Bar #1023347
    Assistant Federal Defender
3   2300 Tulare Street, Suite 330
    Fresno, CA  93721
4   Telephone: (559) 487-5561
    Fax: (559) 487-5950
5
    Attorney for Defendant
6   PABLO VELASQUEZ

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            Case No. 1:19-mj-00197-SAB

12            Plaintiff,                  STIPULATION TO CONTINUE STATUS
                                          CONFERENCE; ORDER
13        vs.

14   PABLO VELASQUEZ,                     DATE:   March 19, 2020
                                          TIME:   10:00 a.m.
15            Defendant.                  JUDGE: Hon. Stanley A. Boone

16

17        **IT IS HEREBY STIPULATED**, by and between the parties, through their respective

18   counsel, Special Assistant United States Attorney William Taylor, counsel for plaintiff, and

19   Assistant Federal Defender Matthew Lemke, counsel for defendant Pablo Velasquez, that the

20   status conference currently scheduled for March 19, 2020, may be continued to April 16, 2020,

21   at 10:00 a.m.  The parties request this short extension in order to obtain documents relevant to

22   the license violation allegation.

23   / /

24   / /

25   / /

26   / /

27   / /

28   / /

|    |                                                                                              |
|----|----------------------------------------------------------------------------------------------|
| 1  | Respectfully submitted,<br>HEATHER E. WILLIAMS                                                |
| 2  | Federal Defender                                                                             |
| 3  | Date: March 16, 2020      */s/ Matthew Lemke* <br>MATTHEW LEMKE           |
| 4  | Assistant Federal Defender<br>Attorney for Defendant                                         |
| 5  | PABLO VELASQUEZ                                                                               |
| 6  |                                                                                              |
| 7  | MCGREGOR W. SCOTT<br>United States Attorney                                                   |
| 8  | Date: March 16, 2020      */s/ William Taylor* <br>WILLIAM TAYLOR         |
| 9  | Special Assistant United States Attorney<br>Attorney for Plaintiff                           |
| 10 |                                                                                              |
| 11 |                                                                                              |
| 12 |                                                                                              |
| 13 |                                                                                              |
| 14 |                                                                                              |
| 15 |                                                                                              |
| 16 |                                                                                              |
| 17 |                                                                                              |
| 18 |                                                                                              |
| 19 |                                                                                              |
| 20 |                                                                                              |
| 21 |                                                                                              |
| 22 |                                                                                              |
| 23 |                                                                                              |
| 24 |                                                                                              |
| 25 |                                                                                              |
| 26 |                                                                                              |
| 27 |                                                                                              |
| 28 |                                                                                              |

1

**O R D E R**

2       Based on a showing of good cause, the Court hereby orders that the status conference

3  currently scheduled for March 19, 2020, is continued to April 16, 2020, at 10:00 a.m.

4

5  IT IS SO ORDERED.

6  Dated:   **March 16, 2020**

7                      UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28