IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PABLO VELASQUEZ,<br><br>Defendant. | Case No. 1:19-mj-00197-SAB<br><br>ORDER GRANTING IN PART STIPULATION TO MODIFY TERMS OF PROBATION PURSUANT TO 18 U.S.C. § 3563; FED. R. CRIM. P. 32.1(C)<br><br>(ECF No. 18) |

On June 25, 2020, the Court sentenced Defendant Pablo Velasquez to 15 days of imprisonment, to be served intermittently, on weekends, beginning on October 2, 2020. (ECF No. 16.) On September 28, 2020, the parties filed a stipulation to modify the terms of Defendant's probation due to the COVID-19 pandemic to change the date by which Defendant is to self-surrender to serve the time in custody.

The parties seek to extend the date for Defendant to self-surrender to January 8, 2021. However, the Court considers that at this time, the infection rate in this area is decreasing, and the restrictions due to COVID-19 have been eased as Fresno County has met the conditions to be moved to a lower tier and is moving toward reopening. Further, it is potentially likely that the infection rate could worsen by January 2021. Accordingly, the Court will grant in part the stipulation of the parties and Defendant shall be ordered to self-surrender on November 6, 2020.

For the reasons set forth above, the Court GRANTS IN PART the parties' request to

modify the terms of Pablo Velasquez's probation.  The Court modifies Defendant Velasquez's conditions of probation as follows:

Condition 5 is hereby modified effectively immediately to read:  "The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 15 days.  The defendant shall self-surrender on November 6, 2020, at 10:00 am to Sunday, November 8, 2020, at 5:00 pm.  Consecutive weekends to be served for a total of 15 days."

All other conditions of Defendant's probation shall remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 1, 2020**

UNITED STATES MAGISTRATE JUDGE