HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
Pablo Velasquez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff-Appellee,<br><br>vs.<br><br>Pablo Velasquez,<br><br>　　　　　Defendant-Appellant. | Case No.: 1:19-mj-00197-SAB<br><br>**DEFENDANT'S EMERGENCY MOTION TO STAY SELF-SURRENDER PENDING RESOLUTION OF MOTION; and ORDER** |

   On June 25, 2020, Defendant Pablo Velasquez, Jr. admitted to one count of Driving Without a Valid License in violation of 36 C.F.R. § 4.2 and Cal. Veh. Code § 12500(a).  The Court sentenced Mr. Velasquez to fifteen days of custody. (ECF No. 15)  On September 28, 2020, the parties filed a stipulation to modify Mr. Velasquez's self-surrender date from October 2, 2020 to January 8, 2021. (ECF No. 18.) The stipulation was granted in part, and Mr. Velasquez was ordered to self-surrender on November 6, 2020, at 10:00 am with consecutive weekends to be served for a total of 15 days. On November 3, 2020, a stipulation was filed seeking a briefing schedule for Mr. Velasquez to file a motion pursuant to 18 U.S.C. § 3582(c), in part, based on his medical condition and the risks caused by COVID-19.  The parties also asked the Court to stay Mr. Velasquez's self-surrender date until the motion is resolved.  The Court granted the parties' request to set a briefing schedule, but denied the request to stay Mr. Velasquez's self-surrender date.  Mr. Velasquez now appeals the Court's order denying the stipulated stay request and asks this Court to stay Mr.

1   Velasquez's self-surrender date pending the outcome of the 18 U.S.C. § 3582 motion. Mr.
2   Velasquez's term of probation is currently set to expire on June 25, 2021.
3       Unfortunately, Mr. Velasquez suffers from several health conditions recognized by the
4   Centers for Disease Control and Prevention to increase his risk for severe illness from COVID-19.
5   If Mr. Velasquez is required to serve his sentence as originally scheduled, he will complete his
6   term of imprisonment long before the motion will be decided. Accordingly, he requests that this
7   Court stay his self-surrender date so as to avoid rendering the forthcoming motion moot and the
8   risk of suffering irreparable harm to his personal health from coronavirus.

                                              Respectfully submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated: November 5, 2020          By:   */s/ Matthew Lemke*
                                              MATTHEW LEMKE
                                              Assistant Federal Defender
                                              Attorney for Defendant-Appellant
                                              Pablo Velasquez

# ORDER

Based upon the proffer made by defense counsel at a hearing before the undersigned this afternoon regarding the diagnosed medical conditions from which the defendant suffers and which arguably place him at a heightened risk of suffering a severe illness were he to contract the COVID-19 virus, **IT IS HEREBY ORDERED** that Pablo Velasquez's self-surrender date into intermittent custody is stayed until the defendant's 18 U.S.C. § 3582(c) motion, the opening brief in support thereof being due for filing on November 20, 2020 (Doc. No. 21), is resolved.

IT IS SO ORDERED.

Dated:   **November 5, 2020**

UNITED STATES DISTRICT JUDGE