McGREGOR W. SCOTT
United States Attorney
PHILIP N. TANKOVICH
Special Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-MJ-00197-SAB |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| PABLO VELASQUEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on November 20, 2020. Docket No. 27. Pursuant to Local Rule, the government's response is due on November 27, 2020, with any reply from the defendant due on November 30, 2020.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before December 11, 2020;

STIPULATION RE BRIEFING SCHEDULE                    1

      b)      The defendant's reply to the government's response to be filed on or before December 21, 2020.

IT IS SO STIPULATED.

Dated: November 24, 2020             McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ PHILIP N. TANKOVICH
                                            PHILIP N. TANKOVICH
                                            Special Assistant United States Attorney

Dated: November 24, 2020             /s/ MATTHEW LEMKE
                                            MATTHEW LEMKE
                                            Counsel for Defendant
                                            PABLO VELASQUEZ

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion for sentence reduction:

      a)      The government's response to the defendant's motion, Docket No. 27 is due on or before December 11, 2020;

      b)      The defendant's reply to the government's response, if any, is due on December 21, 2020.

IT IS SO ORDERED.

Dated: __**November 25, 2020**__                                     
                                            UNITED STATES MAGISTRATE JUDGE