HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
PABLO VELASQUEZ

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>PABLO VELASQUEZ,<br><br>*Defendant.* | Case No. 1:19-mj-00197-SAB<br><br>**SEALING ORDER** |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit B to Defendant PABLO VELASQUEZ' *Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A)*, shall be filed **under seal** until further order of the Court.

**IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated:   **November 25, 2020**

_____
UNITED STATES MAGISTRATE JUDGE