# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PABLO VELASQUEZ, JR.,<br><br>Defendant. | Case No. 1:19-mj-00197-SAB<br><br>ORDER FOLLOWING PROBATION REVIEW HEARING EXTENDING TERM OF PROBATION AND DATE OF SELF SURRENDER |

On October 18, 2019, Defendant was charged by complaint with two counts: (1) driving while suspended for DUI, in violation of 36 C.F.R. 4.2(b), California Vehicle Code 14601.2(a); and (2) driving without a valid license, in violation of 36 C.F.R. 4.2(b), California Vehicle Code 12500. (ECF No. 1.) On June 25, 2020, Defendant admitted to Count Two of the complaint. (ECF No. 15.) On the same date, the undersigned sentenced Defendant to fifteen (15) days custody with self-surrender to be served on weekends; twelve (12) months unsupervised probation; and a $300.00 fine and $10.00 special assessment. (Id.) On March 31, 2021, the Court denied Defendant's motion to vacate or reduce his sentence, and ordered Defendant to begin serving his sentence on weekends beginning on Friday, April 16, 2021. (ECF No. 37.)

On April 15, 2021, Defendant Pablo Velasquez, Jr., appeared for a probation review hearing. At the hearing, the Court ordered Defendant's self-surrender date to be extended until June 4, 2021; for his term of probation to be extended until September 3, 2021; and set future

1

probation review hearings.

Accordingly, pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c), the agreement of the parties, and for the reasons stated on the record at the April 15, 2021 hearing, IT IS HEREBY ORDERED that:

1. Defendant's term of unsupervised probation is HEREBY EXTENDED and shall expire on September 3, 2021;

2. This matter is referred to probation due to a possible probation violation;

3. Defendant shall appear for a probation review hearing on May 20, 2021, at 10:00 a.m. before the undersigned, and Defendant shall file a status report seven (7) days prior to the hearing;

4. The date of self-surrender for Defendant is HEREBY EXTENDED until June 4, 2021;

5. Defendant is HEREBY COMMITTED to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of fifteen (15) days, to be served on weekends beginning on Friday, June 4, 2021 at 10:00 a.m. to Sunday, June 6, 2021 at 5:00 p.m., and shall appear each consecutive weekend until his fifteen (15) days are served; and

6. Defendant shall appear for a probation review hearing on August 27, 2021, at 10:00 a.m. before the undersigned, and Defendant shall file a status report seven (7) days prior to the hearing.

IT IS SO ORDERED.

Dated:   **April 16, 2021**

UNITED STATES MAGISTRATE JUDGE