# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br><br>PABLO VELASQUEZ,<br><br>　　　　　　Defendant. | ) Case No. 1:19-mj-00197-SAB<br>)<br>) **DEFENDANT'S STATUS REPORT**<br>) **ON UNSUPERVISED PROBATION**<br>)<br>)<br>)<br>)<br>) |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Probation violation - Failure to Timely Pay Financial Obligation
**Sentence Date:** August 12, 2021

**Review Hearing Date:** November 18, 2021

**Probation Expires On:** December 31, 2021

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties:** The defendant shall pay an additional fine of $75.00 for a total financial obligation of $75.00, to be paid in full by 10/31/2021.

☒ **Other Conditions:**

## *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

### **Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid his monetary fine and penalty in full.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:


Date: November 4, 2021　　　　　　　　　　*/s/ Jeffrey Spivak*
　　　　　　　　　　　　　　　　　　　　　JEFFREY SPIVAK
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

In light of the information detailed in this status report, the defendant moves for the following:

> ☒ that the review hearing set for 11/18/2021 at 10:00 am
>
>> ☐ be continued to ____ at 10:00 a.m.; or
>>
>> ☒ be vacated.
>
> ☐ that Defendant's appearance for the review hearing be waived.

DATED: November 4, 2021         */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Attorney for Defendant

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **November 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE